# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:07CR60

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ROBBIE SUTTLES ) | |

**THIS MATTER** is before the Court on motion of Defendant's counsel for prior authorization for paralegal funds.

Counsel advises that he has been instructed that these funds must be authorized before utilizing a paralegal. However, 18 U.S.C. § 3006A(e)(2)(A) states in pertinent part that "subject to later review, investigative, expert, and other services [may be obtained] without prior authorization . . . [provided] the total cost of services obtained without prior authorization may not exceed $500[.]" Counsel states that work performed by his paralegal would not exceed $500.

Inasmuch as no prior authorization is required for expenditures of paralegal expenses up to $500, no prior authorization by this Court will be necessary.

**IT IS, THEREFORE, ORDERED** that counsel's motion for prior authorization for paralegal funds is **DENIED**.

Signed: July 2, 2007

Lacy H. Thornburg
United States District Judge